FILED
FEB 2 4 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By_____ Deputy

FW035820 $402.00

CIVIL ACTION NO. **4-21 CV-187-O**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

NAKISHA JACKSON,

PLAINTIFF

V.

TARRANT COUNTY CORRECTIONS CENTER, ET AL.

DEFENDANT

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing is true and correct. I am REQUESTING COURT MARSHAL SERVICE OF SUMMONS AND COMPLAINT to the entities listed as the defendants and those named as the actors on behalf of the entity at those service locations. Deposit for service enclosed. I do not consent to a magistrate.

_____
NaKisha Jackson   02/23/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NAKISHA JACKSON

**DEFENDANTS**
TARRANT COUNTY CORRECTIONS; ET AL

**(b)** County of Residence of First Listed Plaintiff: TARRANT
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: TARRANT
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C § 1983

Brief description of cause:
FALSE ARREST, ILLEGAL DETAINMENT

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____   DOCKET NUMBER _____

DATE: 02/23/2021

SIGNATURE OF ATTORNEY OF RECORD: PRO SE /s/ Nakisha [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas ▾

Fort Worth Division

| | |
|---|---|
| NAKISHA JACKSON <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> TARRANT COUNTY CORRECTIONS CENTER <br> CITY OF ARLINGTON JAIL <br> ARLINGTON POLICE DEPT <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. **4-21CV-187-O** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NAKISHA JACKSON |
| Address | PO BOX 202967 |
| | ARLINGTON, TX 76006 |
| | City / State / Zip Code |
| County | TARRANT |
| Telephone Number | 817-240-1571 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | TARRANT COUNTY CORRECTIONS CENTER |
| Job or Title *(if known)* | |
| Address | 100 N. Lamar St. |
| | FORT WORTH, TX 76196 |
| | City / State / Zip Code |
| County | |
| Telephone Number | 817-884-1195 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CITY OF ARLINGTON JAIL |
| Job or Title *(if known)* | |
| Address | 620 West Division St |
| | ARLINGTON, TX 76011 |
| | City / State / Zip Code |
| County | TARRANT |
| Telephone Number | 817-459-5648 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: ARLINGTON POLICE DEPT
Job or Title *(if known)*:
Address: 620 West Division St
City: ARLINGTON   State: TX   Zip Code: 76011
County: TARRANT
Telephone Number: (817) 459-5700
E-Mail Address *(if known)*:

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
Name:
Job or Title *(if known)*:
Address:
City   State   Zip Code
County:
Telephone Number:
E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First amendment-right to free speech and governmental redress of grievances;
Fourth Amendment- NO warrants and arrested without probable cause;
Fourteenth Amendment-no due process, delayed arraignment with awareness of fraud, illegal detainment, denied release after bail, delayed cell assignment to prevent me     speaking to my counsel

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   N/A

n/a

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED DOCUMENT LABELED SECTION II D

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Arlington and Fort Worth TX

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 26-Sept 1, 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was falsely accused of harassment in a Louisiana state court which lacked jurisidiction. There was no violation, there was no legal judgment, and no probable cause to arrest me. There was no due diligence by Texas authorities to validate the claims prior to engaging.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was subjected to 2 jails in the middle of a respiratory pandemic where there was no distancing and masks were not on all inmates at the city facility. I was a free person and was subjected unnecessarily. Texas had the legal obligation to release me no matter what Louisiana said.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting all identifying information including but not limited to my name, address, and mugshots be scrubbed from the Tarrant County and Arlington jail systems, as they have no right to my information. I am also requesting money damages in the amount of 5 million dollars for liability incurred personally and on my business, including damage to professional standing, lost wages, and attorney fees for 3 different attorneys, due to the state of Texas giving jurisdiction to the State of Louisiana unlawfully, risking my health and saftey in a pandemic to assist in covering a crime, and continuing to violate my civil rights on Texas' own accord. Louisiana is NOT Texas.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/23/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: NAKISHA JACKSON

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    City            State        Zip Code

Telephone Number
E-mail Address

Jackson vs TCCC, Arlington City Jail, Arlington Police Dept.

**SECTION II D CONTINUED:**

**Arlington Police Dept—unknown officers**

1. Entered private property with no search warrant for the building and no arrest warrant for me.

2. They illegally searched a private building for me because my new office location was not published.

3. Expressed that they were there only to give the federal agent jurisdiction, there were no Texas charges.

4. The federal agent had no warrant and was in the building >30 mins without a warrant and Arlington PD was aware.

5. They tried to arrest me without it, and then I called the clerk of court in Shreveport to verify the warrant verbally because the police did not volunteer to leave, knowing they did not have a warrant. I still never saw it. I went to avoid further disruption at my place of business and the return of the police with a vengeance.

6. I was falsely arrested August 26, 2020, around 11:30 am in Arlington, TX in front of my staff and business partners.

**Arlington city jail**

1. Once at the jail there was no information on the warrant or in the system about me having a violation

2. I told the intake clerk, with the arresting federal agent present, the warrant was not legal, Louisiana had no jurisdiction, this case was already in the Supreme Court of the United States, and the federal agent arresting me had prior knowledge of that.

3. Bond was set at $5,000, bail was posted 3 times, in time for each arraignment after my noon arrival, and I was not released.

4. I was held in general holding with people without a mask for almost 12 hrs, unnecessarily. Then kept overnight.

5. My arraignment kept being delayed. Once arraigned at 9 am, the morning of August 27, 2020, I signed a bond order in, an in-person arraignment for $5,000, posted bail again within 30 mins after, and was not released.

6. Right Before transfer to county on Aug 27, 2020, around noon, a guard told me the bail notice had not been faxed to them. I had notified the bondsmen right after arraignment around 9:30-10:00 and was told it had been faxed, multiple times.

Page 1 of 2

### Jackson vs TCCC, Arlington City Jail, Arlington Police Dept.

### SECTION II D CONTINUED:

### Judge Cooper

1. My arraignment was delayed on Aug 26, 2020, but the guard was confused because I sat there all day, they were not busy, and it was 9 pm. So, he took me to the video arraignment with Judge Cooper.

2. Judge Cooper proceeds to tell **the guard** I am not on the list to be arraigned by her because she had an **"email"** stating that a fugitive charge was being added. I had not committed any crimes.

3. I asked her to speak to my lawyer, and she ordered that I be returned to my cell.

4. The next morning I was arraigned by a different Judge in Arlington City Jail, and there was no fugitive charge.

### Tarrant County Corrections Center

1. I was booked by 2 pm, Thursday Aug 27, 2020, and around 2:30-3 pm my attorney came to see me and was turned away because I did not have a "cell assignment."

2. I was given notice that I would be on the 10:15pm arraignment because the guard saw I had posted bail 5 times, but she said she did not know what was going on.

3. The guard later notified me that I was not getting arraigned that night, and I was to dress out. I was brought to a cell at 3 am. Friday Aug 28, 2020. Later, I became aware that cell was available by 12 noon the day before. I was held in general holding with anywhere from 10-20 other people, for approximately 15 hrs, in close proximity, in the middle of a pandemic, as a free person with Tarrant's awareness that I bailed out 5 times.

4. I had no personal access to the phones for 6 days. I had to ask other inmates to use their IDs to call out. I explained to more than one guard that the phone identification system was not recognizing my name or my number, and I could not call out. Nothing was done.

5. I was held in Tarrant County Corrections Center for 5 nights as a free person, with falsified fugitive charges.

### Tarrant County Clerk and Tarrant County Corrections Center

1. Mishandled the bail procedure and money- not properly posting it to allow me to bail out; accepting it on the bondsman's end but declining it internally.

2. Conspired with a judge by email to add a fraudulent fugitive charge to illegally detain me.

Page 2 of 2   02/23/2021

