IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NAKISHA JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARRANT COUNTY CORRECTIONS CENTER, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:21-cv-00187-O<br>§<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 8, 2021, United States Magistrate Judge Jeffrey L. Cureton issued Findings, Conclusions, and Recommendation on Defendants' Motion to Dismiss. *See* ECF No. 36. The parties were permitted to serve and file written objections to the United Magistrate Judge's FCR by September 22. On September 8, Plaintiff filed a Motion to Strike the FCR (ECF No. 38), which this Court construes as an objection to the FCR. No other party filed objections to the FCR or responses to Plaintiff's objection.

After reviewing all relevant matters of record in this case, including the United States Magistrate Judge's FCR and objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the Defendants' Motions to Dismiss for failure to state a claim upon which relief can be granted and **ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **14th day** of **October 2021**.

*/s/ Reed O'Connor*
Reed O'Connor
UNITED STATES DISTRICT JUDGE